IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the matter of:<br><br>MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | Miscellaneous Action No. |

### [PROPOSED] ORDER

The Court, having considered Nonparty Financial Industry Regulatory Authority, Inc. Motion to Quash Subpoenas Or, In the Alternative, for a Protective Order (the "Motion"), the papers filed in support of and in opposition thereto, arguments of counsel, and all other materials presented to the Court, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is Granted.

The subpoenas issued to Nonparty Financial Industry Regulatory Authority, Inc. in the *In re Meta Materials, Inc.*, Bk No. 24-50792-hlb (Bankr. D. Nev.) are **HEREBY QUASHED** pursuant to Federal Rules of Civil Procedure 45 and 26.

**IT IS SO ORDERED**.