UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT 2

**Declaration of Jeffrey S. Pittman**

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.** | Case No. 1:25-mc-00129-LLA-GMH<br><br>Hon. G. Michael Harvey |

## DECLARATION OF JEFFREY STEPHEN PITTMAN IN SUPPORT OF BRIEF OF AMICUS CURIAE

I, Jeffrey Stephen Pittman, declare as follows:

1. I am a resident of Newport, Washington, and the amicus curiae in this matter. I make this declaration based on personal knowledge and, if called as a witness, could testify competently to the matters stated herein.

2. I am a retail investor who purchased and held shares of Meta Materials Inc. ("MMAT") Series A Preferred Stock, traded under the ticker MMTLP. My investments were made through Fidelity Investments in late 2022, as evidenced by the attached trade confirmations (Exhibits A-D).

3. Specifically, my purchases included:

   - 1 share at $8.88 on December 1, 2022 (Exhibit A);
   - 1 share at $9.54 on December 6, 2022 (Exhibit B);
   - Various buys on December 7, 2022: 100 at $9.29 and 1,000 at $7.00 (Exhibit C); and

- Various buys on December 8, 2022: 500 at $5.55, 1,000 at $5.45, 1,000 at $5.15, 1,000 at $5.20, 1 at $5.17, 1,999 at $5.18, 1,934 at $5.07, 66 at $5.05, 1,000 at $4.97, and 1,000 at $4.81 (Exhibit D).

4. These purchases totaled over 10,000 shares, with an investment exceeding $50,000. Following FINRA's trading halt on MMTLP in December 2022 and the subsequent spin-off of Next Bridge Hydrocarbons, my holdings became illiquid and were rendered worthless, resulting in a total loss of my investment.

5. I support denying FINRA's motion to quash because the subpoenaed data is essential to uncovering the alleged market manipulation that caused these losses, benefiting the MMAT bankruptcy estate and harmed investors like myself.

6. In further pursuit of transparency, on January 25, 2025, I submitted a FOIA request to the SEC for communications related to MMTLP, including SEC-FINRA discussions on manipulation and the halt (attached as Exhibit E). The SEC's delayed response on August 4, 2025, confirms a backlog but highlights ongoing barriers to information, reinforcing the need for FINRA's subpoenaed data.

7. The facts stated herein are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2025, at Newport, Washington

*[signature]*

Jeffrey S. Pittman, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I served a true and correct copy of the foregoing Motion for Leave, Memorandum of Points and Authorities, Proposed Order, Declaration, Exhibit List, Proposed Amicus Brief (with Exhibits), and this Certificate of Service upon the following parties by email:

David S. Norris
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
david.norris@squirepb.com
*Counsel for Nonparty*
  *Financial Industry Regulatory Authority, Inc.*

Clayton P. Brust
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
cbrust@rssblaw.com
*Counsel for the Chapter 7 Trustee,*
  *Christina W. Lovato*

Christina W. Lovato
P.O. Box 18417
Reno, NV 89511
trusteelovato@att.net


/s/ Jeffrey S. Pittman
Jeffrey S. Pittman, *Pro Se*