UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

Case No. 1:25-mc-00129-LLA-GMH

Hon. G. Michael Harvey

**EXHIBIT LIST TO BRIEF OF AMICUS CURIAE**

| Exhibit No. | Description |
| --- | --- |
| **Exhibit A** | Trade Confirmation dated December 1, 2022 – Purchase of 1 MMTLP shares at $8.88. |
| **Exhibit B** | Trade Confirmation dated December 6, 2022 – Purchase of 10 MMTLP share at $9.54. |
| **Exhibit C** | Trade Confirmation dated December 7, 2022 – Purchases of 100 and 1000 MMTLP share at $9.29 and $7.00, respectively. |
| **Exhibit D** | Trade Confirmation dated December 8, 2022 – Various purchases of MMTLP shares on December 8, 2022 (500 at $5.55, 1,000 at $5.45, 1,000 at $5.15, 1,000 at $5.20, 1 at $5.17, 1,999 at $5.18, 1,934 at $5.07, 66 at $5.05, 1,000 at $4.97, 1,000 at $4.81). |

| **Exhibit E** | SEC FOIA Response Letter dated August 4, 2025 – Response to movant's January 25, 2025 FOIA request for records related to MMTLP, including SEC-FINRA communications on manipulation and the halt. |
|---|---|
| **Exhibit 1** | Brief Of Amicus Curiae Jeffrey Stephen Pittman |
| **Exhibit 2** | Declaration of Jeffrey S. Pittman |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT A

**Trade Confirmation dated December 1, 2022**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 1, 2022**

Page 1 of 1

Brokerage Account Number
*****5042 INDIVIDUAL - TOD

**JEFFREY STEPHEN PITTMAN**

9900136623

JEFFREY STEPHEN PITTMAN
2852 GRAY RD
NEWPORT WA 99156-7008

Online      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22335-1H3X9X | 1* | W4# | 12-01-22 | 12-05-22 | 59134N203 | 22335-HRVXW | | |

You Bought    1 at 8.8800
Symbol: MMTLP

DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A 0.00000%
WE HAVE ACTED AS AGENT.

Principal Amount    8.88
Settlement Amount    8.88

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900136623

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEPHEN PITTMAN
2852 GRAY RD
NEWPORT WA 99156-7008

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****5042 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099   0Z06905042   00   000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT B

**Trade Confirmation dated December 6, 2022**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 6, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0346 INDIVIDUAL - TOD**

**JEFFREY STEPHEN PITTMAN**

9900076789

JEFFREY STEPHEN PITTMAN
PO BOX 461
NEWPORT WA 99156-0461

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22340-1GT8RP | 2* | WO# | 12-06-22 | 12-08-22 | 59134N203 | 22340-110WG | | |

You Bought          10
   at         9.5400
Symbol:
MMTLP

DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A 0.00000%
WE HAVE ACTED AS AGENT.

Principal Amount      95.40
Settlement Amount     95.40

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900076789

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEPHEN PITTMAN
PO BOX 461
NEWPORT WA 99156-0461

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0346** only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X91550346   00   000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT C

**Trade Confirmation dated December 7, 2022**

**Fidelity INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 7, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*5042 INDIVIDUAL - TOD**

**JEFFREY STEPHEN PITTMAN**

9900107368

JEFFREY STEPHEN PITTMAN
2852 GRAY RD
NEWPORT WA 99156-7008

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1BJ16C | 1* | WO# | 12-07-22 | 12-09-22 | 59134N203 | 22341-G3SQH | | |
| You Bought at Symbol: MMTLP | | 100 9.2900 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 929.00 929.00 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1HGLZM | 1* | WO# | 12-07-22 | 12-09-22 | 59134N203 | 22341-IF2D7 | | |
| You Bought at Symbol: MMTLP | | 1,000 7.0000 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 7,000.00 7,000.00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900107368

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEPHEN PITTMAN
2852 GRAY RD
NEWPORT WA 99156-7008

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*5042**   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z06905042   00   000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT D

**Trade Confirmation dated December 8, 2022**

**Fidelity INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 8, 2022**

Page 1 of 4

Brokerage Account Number
**\*\*\*\*\*5042 INDIVIDUAL - TOD**

**JEFFREY STEPHEN PITTMAN**

9900102302

JEFFREY STEPHEN PITTMAN
2852 GRAY RD
NEWPORT WA 99156-7008

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BDP7K | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G2X1V | | |

You Bought
500
at 5.5500
Symbol: MMTLP

DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A 0.00000%
WE HAVE ACTED AS AGENT.

Principal Amount     2,775.00
Settlement Amount    2,775.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BDT2W | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G2Z60 | | |

You Bought
1,000
at 5.4500
Symbol: MMTLP

DESCRIPTION and DISCLOSURES
META MATERIALS INC PFD SER A 0.00000%
WE HAVE ACTED AS AGENT.

Principal Amount     5,450.00
Settlement Amount    5,450.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE       9900102302

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEPHEN PITTMAN
2852 GRAY RD
NEWPORT WA 99156-7008

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*5042**   only.

| AMOUNT OF INVESTMENT | $ |

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.  Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z06905042   00   000

**Transaction Confirmation**  
**Confirm Date: December 8, 2022**  Page 2 of 4

Brokerage Account Number  
**\*\*\*\*\*5042 INDIVIDUAL - TOD**

**JEFFREY STEPHEN PITTMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BFQ9N | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G3CJM | | |
| You Bought | | 1,000 | **DESCRIPTION and DISCLOSURES**<br>META MATERIALS INC PFD SER A 0.00000%<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | | 5,150.00<br>5,150.00 |
| at<br>Symbol:<br>MMTLP | | 5.1500 | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BF1TX | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G3F71 | | |
| You Bought | | 1,000 | **DESCRIPTION and DISCLOSURES**<br>META MATERIALS INC PFD SER A 0.00000%<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | | 5,200.00<br>5,200.00 |
| at<br>Symbol:<br>MMTLP | | 5.2000 | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BGX6S | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G3R8R | | |
| You Bought | | 1 | **DESCRIPTION and DISCLOSURES**<br>META MATERIALS INC PFD SER A 0.00000%<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | | 5.17<br>5.17 |
| at<br>Symbol:<br>MMTLP | | 5.1700 | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900102302

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: December 8, 2022**

Page 3 of 4

Brokerage Account Number
**\*\*\*\*\*5042 INDIVIDUAL - TOD**

**JEFFREY STEPHEN PITTMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BGZMZ | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G3R8R | | |
| You Bought at Symbol: MMTLP | | 1,999 5.1800 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | | 10,354.82 10,354.82 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BH2HS | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G3OWY | | |
| You Bought at Symbol: MMTLP | | 1,934 5.0700 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | | 9,805.38 9,805.38 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BH37T | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G3OWY | | |
| You Bought at Symbol: MMTLP | | 66 5.0500 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Principal Amount Settlement Amount | | 333.30 333.30 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BKGST | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G26RC | | |
| You Bought at Symbol: MMTLP | | 1,000 4.9700 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 4,970.00 4,970.00 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1BKZ7X | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-G4ND1 | | |
| You Bought at Symbol: MMTLP | | 1,000 4.8100 | DESCRIPTION and DISCLOSURES META MATERIALS INC PFD SER A 0.00000% WE HAVE ACTED AS AGENT. | | | Principal Amount Settlement Amount | | 4,810.00 4,810.00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900102302

**Transaction Confirmation**  
**Confirm Date: December 8, 2022**      Page 4 of 4

Brokerage Account Number  
**\*\*\*\*\*5042 INDIVIDUAL - TOD**

**JEFFREY STEPHEN PITTMAN**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1DQ69X | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-HLAXT | | |
| You Bought | | 16 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC PFD SER A 0.00000% | | | Principal Amount | | 69.60 |
| at | | 4.3500 | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Settlement Amount | | 69.60 |
| Symbol: MMTLP | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1DQ7PT | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-HLAXT | | |
| You Bought | | 984 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC PFD SER A 0.00000% | | | Principal Amount | | 4,270.56 |
| at | | 4.3400 | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | Settlement Amount | | 4,270.56 |
| Symbol: MMTLP | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1FPVVN | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-HTHC1 | | |
| You Bought | | 500 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC PFD SER A 0.00000% | | | Principal Amount | | 1,875.00 |
| at | | 3.7500 | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 1,875.00 |
| Symbol: MMTLP | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22342-1FZVLT | 1* | WO# | 12-08-22 | 12-12-22 | 59134N203 | 22342-HWOC1 | | |
| You Bought | | 500 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC PFD SER A 0.00000% | | | Principal Amount | | 1,880.00 |
| at | | 3.7600 | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 1,880.00 |
| Symbol: MMTLP | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE       9900102302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT E

**SEC FOIA Response Letter dated August 4, 2025**



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

Office of FOIA Services

August 4, 2025

Jeff Pittman
2852 Gray Rd.
Newport, WA 99156

    Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
          Request No. **25-01345-FOIA**

Dear  Pittman:

    This concerns your FOIA request dated January 25, 2025, for the following records related to Meta Materials Preferred Shares (MMTLP, CUSIP: 59134N104):

- All correspondence between the SEC's Division of Enforcement and FINRA regarding MMTLP from October 1, 2021, to February 29, 2024. This should include, but not be limited to a. discussions about the decision to allow MMTLP to trade on OTC markets b. communications leading up to and following the December 9, 2022, trading halt, and c. Any discussions about potential market manipulation or naked short selling.

- All communications between the SEC and the following entities regarding MMTLP from June 1, 2021, to February 29, 2024:  a. Meta Materials Inc. (MMAT) and its representatives, b. Next Bridge Hydrocarbons and its representatives, c. The Depository Trust & Clearing Corporation (DTCC), and d. OTC Markets Group.

- All correspondence between the SEC's Office of Investor Education and Advocacy and any congressional offices regarding MMTLP complaints or inquiries from October 1, 2021, to February 29, 2024.

    We sincerely apologize for the delay in responding to your FOIA request.  Our office is experiencing a backlog of FOIA requests that has impacted our ability to process your request.  Due to the passage of time, we are writing to see if you are still interested in having your FOIA request processed.  If you are still interested in pursuing this request, please confirm your continued interest as soon as possible, but no later than **September 16, 2025**.

Jeff Pittman  
August 4, 2025  
Page 2

25-01345-FOIA

    Please be advised that if we do not hear from you within this time, we will assume that you have elected not to pursue your request, and it will be administratively closed. An administrative closure does not prevent you from submitting future requests for the same information.

    If you have any questions, please contact me at 202-551-8249.

    Thank you for your cooperation and patience.

                        Sincerely,

                        *Manuel BR*

                        Manuel Barragan-Rodriguez  
                        Research Specialist