UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.** | Case No. 1:25-mc-00129-LLA-GMH<br><br>Hon. G. Michael Harvey |

**[PROPOSED] ORDER**

Upon consideration of Jeffrey Stephen Pittman's Motion for Leave to File Brief of Amicus Curiae, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Clerk shall file the attached brief as amicus curiae.

**IT IS SO ORDERED.**

**Dated:** _____

_____

**Hon. G. Michael Harvey**
