IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the matter of:<br><br>MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | Miscellaneous Action No.<br>1:25-mc-00129-LLA-GMH |

**PETITIONER FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE CORRECTED/AMENDED AMICUS BRIEF BY JEFFREY S. PITTMAN**

Pursuant to the Court's August 23, 2025 Minute Order and LCvR 7(o), Petitioner Financial Industry Regulatory Authority, Inc. ("FINRA") hereby provides notice that FINRA does not oppose the Motion for Leave to File Corrected/Amended Amicus Brief filed by Jeffrey S. Pittman on August 21, 2025 (Doc. 8). FINRA understands that Mr. Pittman's request to file an amended/corrected amicus brief supersedes Mr. Pittman's initial Motion for Leave to File Brief of Amicus Curiae filed on August 15, 2025 (Doc. 4). That motion should be denied as moot. FINRA will respond to Mr. Pittman's Corrected/Amended Amicus Brief in the event this Court grants leave.

Dated: September 3, 2025

Respectfully submitted,

/s/ *David S. Norris*
David S. Norris (DC Bar No. 1024996)
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-6000 | Fax: (202) 457-6315
david.norris@squirepb.com

*Counsel for Nonparty Financial Industry Regulatory Authority, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. Respondent is represented by counsel who are registered CM/ECF users. I also certify that I served a copy of the forgoing document via mail on pro se Movant Jeffrey S. Pittman, who is not a registered CM/ECF user, at the address below:

    Jeffrey S. Pittman
    PO Box 461
    Newport, WA 99156

                                          */s/ David S. Norris*
                                          David S. Norris