UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the matter of:

MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY

REGULATORY AUTHORITY, INC.

**Case No. 1:25-mc-00129-LLA-GMH**

**Hon. G. Michael Harvey**

# EXHIBIT 2

**Declaration of Jeffrey S. Pittman**

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.** | Case No. 1:25-mc-00129-LLA-GMH<br><br>Hon. G. Michael Harvey |

**DECLARATION OF JEFFREY STEPHEN PITTMAN IN SUPPORT OF BRIEF OF AMICUS CURIAE**

I, Jeffrey Stephen Pittman, declare as follows:

1. I am a resident of Newport, Washington, and the *amicus curiae* in this matter. I make this declaration based on personal knowledge and, if called as a witness, could testify competently to the matters stated herein.

2. I am a retail investor who purchased and held shares of Meta Materials Inc. ("MMAT") Series A Preferred Stock, traded under the ticker MMTLP. My investments were made through Fidelity Investments in late 2022, as evidenced by the attached trade confirmations (Exhibits A-D).

3. Specifically, my purchases included:

    - 1 share at $8.88 on December 1, 2022 (Exhibit A);

    - 1 share at $9.54 on December 6, 2022 (Exhibit B);

    - Various buys on December 7, 2022: 100 at $9.29 and 1,000 at $7.00 (Exhibit C); and

- Various buys on December 8, 2022: 500 at $5.55, 1,000 at $5.45, 1,000 at $5.15, 1,000 at $5.20, 1 at $5.17, 1,999 at $5.18, 1,934 at $5.07, 66 at $5.05, 1,000 at $4.97, and 1,000 at $4.81 (Exhibit D).

4. These purchases totaled over 10,000 shares, with an investment exceeding $50,000. Following FINRA's trading halt on MMTLP from December 9-13, 2022, and the subsequent spin-off of Next Bridge Hydrocarbons (NBH), my holdings became illiquid.

5. I support denying FINRA's motion to quash because the subpoenaed data is essential to uncovering alleged market manipulation, thereby benefiting the MMAT bankruptcy estate and other MMTLP and MMAT investors.

6. Exhibit E presents the SEC's response to FOIA Request 23-00564.

7. The facts stated herein are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2025, at Newport, Washington

*[signature]*

Jeffrey S. Pittman, *Pro Se*

Type text here