**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.** | **Case No. 25-mc-129 (LLA) (GMH)**<br><br>*In re Meta Materials Inc.*, **No. 24-50792 (Related case pending in the U.S. Bankruptcy Court for the District of Nevada)** |

**SCHEDULING ORDER**

This matter is before the undersigned on Petitioner Financial Industry Regulatory Authority's motion to quash subpoenas issued by the U.S. Bankruptcy Court for the District of Nevada. In her response, Respondent Christina W. Lovato, Trustee for the Estate of Meta Materials, Inc., requested, without argument, that this Court transfer the motion to quash to the U.S. Bankruptcy Court for the District of Nevada under Federal Rule of Civil Procedure 45(f). *See* ECF No. 14 at 49. Petitioner's reply did not address the merits of transfer, instead arguing that Respondent's bare-bones request waived any argument as to transfer. *See* ECF No. 16 at 30. The Court has the authority to transfer this matter to the court that issued the subpoena upon consent of the parties or if it finds "exceptional circumstances." *See* Fed. R. Civ. P. 45(f); *see, e.g.*, *Iyer v. Nexus Pharms., Inc.*, No. 23-mc-8, 2023 WL 3040604 (D.D.C. Apr. 21, 2023). The undersigned believes that further briefing by the parties on the merits of the transfer request will aid the court in making that determination. Accordingly, it is hereby

**ORDERED** that the parties shall submit briefs addressing whether this matter should be transferred to the U.S. Bankruptcy Court for the District of Nevada under Rule 45(f), according to the following schedule:

November 18, 2025        Deadline for the filing of Petitioner's opening brief

December 2, 2025        Deadline for the filing of Respondent's response brief

December 9, 2025        Deadline for the filing of Petitioner's reply, if any

**SO ORDERED.**

Date: November 3, 2025

                                          _____
                                          G. MICHAEL HARVEY
                                          UNITED STATES MAGISTRATE JUDGE