## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the matter of:<br><br>MOTION TO QUASH SUBPOENAS TO NONPARTY FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | Miscellaneous Action No.<br>1:25-mc-00129-LLA-GMH |

### SUPPLEMENTAL DECLARATION OF DAVID D. BURNETT IN SUPPORT OF RESPONDENT CHRISTINA W. LOVATO, TRUSTEE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FED. R. CIV. P. 45(F) TRANSFER

I, DAVID D. BURNETT, declare under penalty of perjury that the following is true and correct. LCvR 5.1(f).

1. I represent Christina W. Lovato, the chapter 7 trustee (the "Trustee") for the estate of Meta Materials, Inc., the debtor in a bankruptcy case pending in Nevada, *In re Meta Materials*, No. 24-50792-hlb (Bankr. D. Nev) (the "Bankruptcy"). I am also the Trustee's counsel in this Miscellaneous Action.

2. Exhibit A is a true and correct copy of Non-Party Citadel Securities LLC, Anson Funds Management LP, and Virtu Financial, LLC's Memorandum of Law in Support of Motion to Quash and/or for a Protective Order, together with supporting declarations and exhibits, filed in the Bankruptcy on August 5, 2025. *Id.*, Dkt. Nos. 2088-91.

3. Exhibit B is a true and correct copy of the Trustee's opposition to Citadel, Anson, and Virtu's motion to quash, together with supporting declarations, filed in the Bankruptcy on September 23, 2025. *Id.*, Dkt. Nos. 2206-08.

4.      Exhibit C is a true and correct copy of the reply brief filed by Citadel, Anson, and Virtu in support of their joint motion to quash, together with a supporting declaration and exhibits, filed in the Bankruptcy on October 23, 2025. *Id.*, Dkt. Nos. 2233-34.

5.      Exhibit D is a true and correct copy of the transcript of the October 30, 2025 Bankruptcy hearing on Citadel, Anson, and Virtu's joint motion to quash.

6.      Exhibit E is a true and correct copy of the letter-brief filed by subpoena recipient The Nasdaq Stock Market LLC ("Nasdaq") in D.C. federal court on October 15, 2025, seeking a pre-motion court conference before filing a motion to quash. *In re Meta Materials, Inc., Motion to Quash Non-Party Subpoena in Underlying Bankruptcy Case No. 3:24-50792-hlb (U.S. Bankruptcy Court for the District of Nevada)*, No. 1:25-mc-00453 (SDNY), Dkt. No. 1.

7.      Exhibit F is a true and correct copy of the October 20, 2025 letter-brief filed by the undersigned, as counsel for the Trustee, responding to Nasdaq's letter-brief and asking the S.D.N.Y. court to transfer Nasdaq's action to the Bankruptcy. *Id.*, Dkt. No. 5.

8.      Exhibit G is a true and correct copy of S.D.N.Y. Magistrate Judge Henry Ricardo's November 19, 2025 order directing FINRA and Nasdaq to appear for a telephonic conference on December 10, 2025. *Id.*, Dkt. No. 9.

Dated: December 2, 2025

_____
DAVID D. BURNETT